Exhibit 5





CHECK THIS OUT!

# Knuckleheadled Work Light

## For a limited time: Save $40

### On the KnuckleheadLED Work Light

### Best in Class Value (50% Discount)

This special offer is only available through Amazon.com Buy with confidence and get Free Shipping







Press Play To Watch The Video

## Features

- **Designed** – for anyone who wants the ability to put light right where you need it. Perfect for hands-free working situation
- **Fully adjustable** – Knucklehead adjust too virtually and direction. Rotates a full 360 degrees and articulates up and down a full 210 degrees.
- **Durable & Lightweight** Made from super-tough nylone polymer. A thick rubber bezel surrounds the head. It will take a drop like a champ.
- **220 Lumen LED Knucklehead** – Super bright dual focused LED beam head. Brightest knucklehead light on the market.
- **Magnetic Base** – high strength magnet will hold the light at any angle(with batteries installed). It even holds well on dirty surfaces
- **Storable hook** – Thsi hook is out of your way until you need it. Secure tightly in the base.
- **Eassy operation** – Athick rubber dome push-button actuator is easy to operate even when wearing heavy gloves.
- **AAA Batteries** – Uses 4 AAA batteries for long lift.

- **Third hand not needed** – Avoid the juggling act during automotive, utility, electrical, hobby, fishing, camping and other maintenance work with the help of Knucklehead's magnet and storable hook.
- **Afforadable** – A very afforadable and versatile work light for any situation that needs light where you need it, when you need it. **Job done!**

## What peoples are saying

- ★★★★★ **I espiecially like the magnetic base**

  The LED panel light creates a nice flood light that i've been using in some of my photography projects to light up those "hard to get corners".

- ★★★★★ **Even better than I expected!**

  Gota love Prime shipping when they deliver a cool product like this so fast! When it arrived today, I popped in 4 AAA (not AA) batteries and nearly blinded myself because it was so bright!

- ★★★★★ **A Must-Have Light!**

  Practical, functional, and one-of-a-kind! The light is very bright and the magnet is really strong. This light is my new go-to gift!

- ★★★★★ **Why didn't they think of this earlier?**

  I do lot of car restoration and my garage is pretty dim, so I need a really good spot light when I am working deep in the engine compartment or inside the car. After becoming tired of holding flashlights in my mouth (and drooling over everything) while I worked, I thought I would try this knucklehead flashlight and found it really like it.

- ★★★★★ **Love it**

  A handy, versitile, virtually hands-free light with a powerful beam that directs anywhere. Love it!

- ★★★★★ **Better value than streamlight**

  This is a very handy light at a great price. I've been drolling over the streamlight version of this light, but after playing with one, couldn't justify the super high price. So when I found the KnuckleheadLED light for less that half the price, I jumped on it.



## Affordable and Versatile

An affordable work light designed to put light where you need it most. The KnuckleheadLED alkaline model 5660 LED flashlight is perfect for any type of job. All of which makes for a safer and more productive environment.

- -Perfect for hands-free working situations.
- -Avoid the juggling act during automotive, utility, electrical, hobby, fishing, camping and other maintenance work with the help of the

- Knucklehead's magnet and storable hook.
- -Fully adjustable 220 Lumens knucklehead. Rotates right and left a full 360 degrees and articulates up and down, front to back a full 200 degrees. Puts light where you need it most.
- -Super bright dual focused LED beam head. Side panel offers 14 bright white LED's with a full 210 lumens of widely dispersed light.
- -Big power button. Easy to power on and off, even with gloves on.
- -Uses four AAA alkaline batteries for long life.

## Flexibility

The Knucklehead's namesake rotating and articulating head provides unparalleled coverage when it comes to spotlighting your work area. Between the 360 degrees of rotation and 210 degrees of articulation, the light can stand on its own or lie on its side and be positioned in a variety of ways for maximum light. The engineered optics feature dual dynamic reflectors within larger focused reflectors.

A very affordable and versatile work light for any situation that needs light where you need it, when you need it. **Job done!**





## Built Like a Tank!

Ok, maybe not like a tank. I don't think the knuckleheadLED light will survive a hit from a U.S. 75mm HE/APC-T Tank Round. For that matter no other light would either!

But the kuckleheadLED light is durable. We drop tested our light a dozen times with only scratches. The light powered on every time. Battery life is good as well. Using just 4 AAA standard batteries. We achieved over 45 hours of usable light.

- **- 8 hours – 100% full brightness**
- **– from 8 to 17 hours – 80% brightness**

– after 17 hours, the light never dropped below 40% brightness. This even exceeded our expectations. We finally got tired and shut off the light after 45 hours.



 *Wait... Here's a Special Discount To Help!* 

## $40 Off at Amazon.com Click below



Why buy from Amazon

- 50% Discount
- FREE! Prime 2 day Shipping
- Top Notch Customer Service
- Hassle Free Returns
- 30 Day Return Policy

