Exhibit 6





2/9/2015 Amazon.com: LED Magnetic Work Light - Knucklehead Dual Focused LED - 220 Lumens with full 360 Degree articulating Knucklehead - Includes a 200 Lumen LED Side Panel - Magnetic Base with Stowable ...

Case 2:15-cv-00726-MSG   Document 1-9   Filed 02/12/15   Page 3 of 9




2/9/2015    Amazon.com: LED Magnetic Work Light - Knucklehead Dual Focused LED - 220 Lumens with full 360 Degree articulating Knucklehead - Includes a 200 Lumen LED Side Panel - Magnetic Base with Stowable …

Case 2:15-cv-00726-MSG   Document 1-9   Filed 02/12/15   Page 4 of 9

| Power Source | battery-powered | Rechargeable | Battery-Powered | Rechargeable |
|---|---|---|---|---|
| Item Weight | 0.35 pounds | 1.19 pounds | 1.4 pounds | Information not Provided |
| Length | 8.25 inches | 16 inches | 15.88 inches | 13 inches |
|  | Add to Cart | Add to Cart | Add to Cart | Add to Cart |

Please help us to improve this feature. Tell us what you think of this feature.

### Product Details

**Product Dimensions:** 8.2 x 2.8 x 2.2 inches ; 5.6 ounces

**Shipping Weight:** 6.4 ounces (View shipping rates and policies)

**ASIN:** B00BNXN8SE

**California residents:** Click here for Proposition 65 warning.

**Item model number:** 5660

**Batteries** 4 AAA batteries required.

**Average Customer Review:** (32 customer reviews)

**Amazon Best Sellers Rank:** #12,816 in Electronics (See Top 100 in Electronics)

**Product Warranty:** For warranty information about this product, please click here

**Date first available at Amazon.com:** June 27, 2014

Would you like to update product info, give feedback on images, or tell us about a lower price?

### Product Description

**Affordable and Versatile**

An affordable work light designed to put light where you need it most. The KnuckleheadLED alkaline model 5660 LED flashlight is perfect for any type of job. All of which makes for a safer and more productive environment.

- Perfect for hands-free working situations.
- Avoid the juggling act during automotive, utility, electrical, hobby, fishing, camping and other maintenance work with the help of the Knucklehead's magnet and storable hook.
- Fully adjustable knucklehead. Rotates right and left a full 360 degrees and articulates up and down, front to back a full 200 degrees. Puts light where you need it most.
- Super bright dual focused LED beam head. Side panel offers 14 bright white LED's with a full widely dispersed light.
- Big power button. Easy to power on and off, even with gloves on.
- Uses four AAA alkaline batteries for long life.

**Flexibility**

The Knucklehead's namesake rotating and articulating head provides unparalleled coverage when it comes to spotlighting your work area. Between the 360 degrees of rotation and 210 degrees of articulation, the light can stand on its own or lie on its side and be positioned in a variety of ways for maximum light. The engineered optics feature dual dynamic reflectors within larger focused reflectors.

A very affordable and versatile work light for any situation that needs light where you need it, when you need it. **Job done!**

### What Other Items Do Customers Buy After Viewing This Item?


Might-D-Light LED130, LED Rechargeable Gray Folding Worklight
(336)
$24.98


Cliplight 28 LED Powerful Work Light & 5 LED Flashlight, Pivoting, Magnetic & Clip - 160 Lumens,...
(75)
$22.99


Rechargeable LED Flashlight Torch - Telescoping Retractable Work Light w/ Magnetic Base - 36 LEDs 2...
(46)
$22.99


Streamlight 90642 Knucklehead Work Light Alkaline Model, Yellow
(37)
$79.95

2/9/2015 Amazon.com: LED Magnetic Work Light - Knucklehead Dual Focused LED - 220 Lumens with full 360 Degree articulating Knucklehead - Includes a 200 Lumen LED Side Panel - Magnetic Base with Stowable ...

Case 2:15-cv-00726-MSG   Document 1-9   Filed 02/12/15   Page 5 of 9

› Explore similar items

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **Magnetic LED Light** - Rotating **Magnetic LED Light**. Free Ship w/ $50+ Orders    www.duluthtrading.com/No-Bull-Guarantee
- **LED Light Panel** - Every Troffer Available - In Stock! #1 Commercial **Lighting** Website    www.troffers.net/
- **Big Ass Light LED** - Energy Efficient, Brilliant **Light** Get A Free Info Kit To Learn More!    www.bigassfans.com/

See a problem with these advertisements? Let us know

**Product Ads from External Websites** (What's this?)    Sponsored Content    Page 1 of 3

| Streamlight 68201 LED Flashlight Propolymer with White LEDs, 4AA... (75) | Streamlight ProTac 2AA Flashlight LED with 2 AA Batteries Alumin... (3,309) | Streamlight Polytac Flashlight White LED with Batteries (2 CR123... (573) | Streamlight Strion Flashlight C4 LED with Lithium Ion Rechargeab... (352) | Designers Edge Cord Reel with 6 Outlets - 50 ft. Multicolor - E235 (34) | Streamlight 61052 Septor Yellow LED Headlamp I Nalpak (372) | Brother TN360 Black High-Yield Laser Toner Cartridge (847) |
|---|---|---|---|---|---|---|
| $25.27 | $39.99 | $39.99 | $104.99 | $66.99 | $32.00 | $71.99 |
| No Shipping Info | + $3.99 Est. shipping | No Shipping Info | No Shipping Info | + Free Shipping | No Shipping Info | + Free Shipping |
| Westside Wholesale | MidwayUSA | MidwayUSA | MidwayUSA | Havneedle | Nalpak | Quill Office Supplies |

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

(32)

4.3 out of 5 stars

5 star   24

It is light and easy to carry.    Overall great light and is very durable!!

And with the hook, the magnet

Maura Shannon

2/9/2015 Amazon.com: LED Magnetic Work Light - Knucklehead Dual Focused LED - 220 Lumens with full 360 Degree articulating Knucklehead - Includes a 200 Lumen LED Side Panel - Magnetic Base with Stowable ...

| | |
|---|---|
| 4 star | 3 |
| 3 star | 0 |
| 2 star | 2 |
| 1 star | 3 |

See all 32 customer reviews

and the swivel head, you can place it anywhere and direct the light onto whatever you need.

Mishelle Knuteson

## Most Helpful Customer Reviews

6 of 6 people found the following review helpful

**Why didnt they think of this earlier?**

By Tony on July 24, 2014

Verified Purchase

I do a lot of car restoration and my garage is pretty dim, so I need a really good spot light when I am working deep in the engine compartment or inside the car. After becoming tired of holding flashlights in my mouth (and drooling over everything) while I worked, I thought I would try this knucklehead flashlight and found I really like it.

Here's why:

1. The magnet is very strong and is located in the base of the light instead of attached externally to the body like other units I saw. I don't like the looks of the external magnet attached to the body of the light. I have tried those before and don't like them.

When I got the light, after first using it, I stuck on the side of my tool box with the magnet such that the body of the light is hanging perpendicular to the side of the tool box. It hasn't moved. Recently I was working under the dash removing and installing an air box (old VW) with a modified one; I was able to stick this light in a weird place on the firewall (carpet removed), aim the light to where I needed it to, and didn't have to worry about it after that.

2. The knuckle portion of the beam is nice in that I can focus the beam in a 360 swiveling arc up and down. The light can be moved to any point in a 360 degree hemisphere. Again, being able to plant the light on a metal surface then swivel the beam to hold in place at one point has been exactly what I have been needing a light to do. The knuckle is also easy to re-adjust the beam focus when I need it.

3. Although it could be a little brighter, the luminance was no different from the smaller type lights I would use holding in my mouth while I worked. The beam was adequate for my needs.

4. The body is strong, dense and durable. Read more ›

Comment  Was this review helpful to you?  Yes  No

5 of 5 people found the following review helpful

**I especially like the magnetic base that allows me to position the ...**

By Wendell Carr on July 19, 2014

Verified Purchase

This work light can really be adapted to many different needs. I especially like the magnetic base that allows me to position the light where I need it, or hang it for easy access. The LED panel light creates a nice flood light that I've been using in some of my photography projects to light up those "hard to get corners". I can think of several people who this will make a great gift for, and I'm planning to pick up a couple of extras for myself as well.

Comment  Was this review helpful to you?  Yes  No

9 of 11 people found the following review helpful

**I'm seeing spots because this is so bright :)**

By M Garrison on September 11, 2014

Verified Purchase

I think flashlights are best represented by a video and not words so I went ahead and made a short video of me using this flashlight.

Ad feedback

## Most Recent Customer Reviews

**Novelty Light**

I'm afraid I'm disappointed in this light. I'm in building maintenance, and I thought this could be useful as a work light when working in ceilings and crawl spaces. Read more

Published 20 days ago by jct

**Perfect**

Dad loved it (Christmas gift).

Published 28 days ago by Scotty

**Six stars**

The flashlight gives a bright light so one can work in comfort. The LED light source doesn't get damaged when the flashlight is dropped. Read more

Published 1 month ago by customer

**GREAT but pointer only angles 90-degrees (not down)**

Well designed with bright LEDs, two selections (handle lantern and point), adequate (not strong) magnets and a hanger. Read more

Published 1 month ago by Amazon Customer

**Disappointed**

I ordered this for a Christmas gift for my son and I was disappointed in the size. My son dropped it while working on a car and it broke in several pieces. Read more

Published 1 month ago by Jackie

**awesome light. small size but perfect for working in ...**

awesome light. small size but perfect for working in the garage, on a car or tight spaces. built in hook & magnet

Published 1 month ago by CW

**it's good**

it's good

Published 1 month ago by David Halvorsonae

**Clever flashlight**

2014 Christmas present for one of my son-in-laws.

Published 1 month ago by Grampa Bob

**Make your task a little easier!**

I use this light in dark attics and crawl spaces. I love the flood light side, I can

2/9/2015    Amazon.com: LED Magnetic Work Light - Knucklehead Dual Focused LED - 220 Lumens with full 360 Degree articulating Knucklehead - Includes a 200 Lumen LED Side Panel - Magnetic Base with Stowable ...

Case 2:15-cv-00726-MSG   Document 1-9   Filed 02/12/15   Page 7 of 9

light up a whole area of the attic by hanging it on ductwork or hang it on a romex wire.... Read more
Published 1 month ago by Dave P

**Way Better Than Expected!!**

Awesome work light! This light is perfect for the hard to get to spots and provides bright light to whatever you are working on! Read more
Published 3 months ago by Kirk

**Search Customer Reviews**

[            ] [Search]

☑ Search these reviews only

Length: 1:49 Mins

1 Comment    Was this review helpful to you?  [Yes] [No]

4 of 4 people found the following review helpful
**Love it!**
By Kalyn Knollmiller on July 20, 2014
Verified Purchase
A handy, versatile, virtually hands-free light with a powerful beam that directs anywhere. Love it !!

Comment    Was this review helpful to you?  [Yes] [No]

2 of 2 people found the following review helpful
**The light output (lumens) is horribly dim. There is no way that is 220 ...**
By E.newberg on January 9, 2015
Verified Purchase
The light output (lumens) is horribly dim. There is no way that is 220 lumens as advertised. I have a DeWalt DCL040 Worklight that is easily three times brighter. It is advertised as 110 lumens.

Comment    Was this review helpful to you?  [Yes] [No]

1 of 1 people found the following review helpful
**better value than streamlight**
By Trevor Kilby on August 3, 2014
Verified Purchase
This is a very handy light at a great price. I've been drooling over the streamlight version of this light, but after playing with one, couldn't justify the super high price. So when I found the KnuckleheadLED light for less that half the price, I jumped on it.

Overall it is a very sturdy light. The plastic housing may not be as "high impact" as the streamlight, but mine has survived several 3 to 4 foot falls onto concrete with no damage other than the expected scuff marks.

The lights work well and throw good illumination where you need it. I have yet to use the hook attachment, but I use the magnet almost daily to help position the light where I need it.

Comment    Was this review helpful to you?  [Yes] [No]

1 of 1 people found the following review helpful
**I bought this as I saw good reviews.**
By John on January 15, 2015
Verified Purchase
I bought this as I saw good reviews....but they must be mistaken. The product I received was made with very cheap plastic that might break if you dropped it even once. Also, my streamlight stylus pro pen matched the lumen output of this flashlight. I really doubt it throws 220 lumens as my stylus pen light does 70 lumens max and seems just as bright. The magnet attached at the base is very weak and allows the flashlight to occasionally slip downward or off the surface completely if touched slightly. I guess you do get what you pay for.

Comment    Was this review helpful to you?  [Yes] [No]

1 of 1 people found the following review helpful
**Love This! Lightweight and Versatile**
By A. Bogardus on July 25, 2014
Verified Purchase

2/9/2015 Amazon.com: LED Magnetic Work Light - Knucklehead Dual Focused LED - 220 Lumens with full 360 Degree articulating Knucklehead - Includes a 200 Lumen LED Side Panel - Magnetic Base with Stowable ...

Case 2:15-cv-00726-MSG   Document 1-9   Filed 02/12/15   Page 8 of 9

This is a great flashlight. It's very lightweight and has two light sources, both are very bright. I really like the way the top rotates to literally any position and being able to hang it up, hold it in your hand, or attach it to a metal surface with the (very strong) magnet makes it very flexible. It's very well-constructed and feels comfortable in my hand when I hold it. Very happy with it.

Comment    Was this review helpful to you?  [Yes] [No]

See all 32 customer reviews (newest first)

[Write a customer review]

## Important Information

### Seller Warranty Description

Seller will warranty this item for up to 6 months after purchase date for manufacture defects. Some restrictions apply. Warranty does not cover normal ware from regular use. Damage due to abuse

Ad feedback

## Feedback

▸ If you have a question or problem, visit our **Help pages**.

▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).


Loading...

## Your Recently Viewed Items and Featured Recommendations

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Sell Your Apps on Amazon | Amazon.com Corporate Credit Line | Amazon Prime |
| Amazon and Our Planet | Become an Affiliate | Shop with Points | Returns & Replacements |
| Amazon in the Community | Advertise Your Products | Credit Card Marketplace | Manage Your Content and Devices |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |

http://www.amazon.com/LED-Magnetic-Work-Light-articulating/dp/B00BNXN8SE/

2/9/2015  Amazon.com : LED Magnetic Work Light - Knucklehead Dual Focused LED - 220 Lumens with full 360 Degree articulating Knucklehead - Includes a 200 Lumen LED Side Panel - Magnetic Base with Stowable ...

Case 2:15-cv-00726-MSG   Document 1-9   Filed 02/12/15   Page 9 of 9

› See all

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City |
| AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use  Privacy Notice  Interest-Based Ads  © 1996-2015, Amazon.com, Inc. or its affiliates