Exhibit 7

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 2 of 28

2/9/2015        Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



Email or Phone                   Password

☐ Keep me logged in              Forgot your password?          Log In

**Radioshack Videotronix & Audio Inc.
is on Facebook.**

To connect with Radioshack Videotronix & Audio Inc., sign up for Facebook today.

Sign Up        Log In



**Radioshack Videotronix & Audio Inc.**
Electronics Store · Accessories Store · Toy Store

**Timeline**    About    Photos    Reviews    More ▾



**Radioshack Videotronix & Audio Inc.**
February 2 at 1:19pm ·

Hello RadioShack fans..
I just wanted to take a moment to share some thoughts with you and to ask for
your help. As you know there has been a lot of talk about RadioShack in the news.
Some of it is true, some of it is hype. All the press you are hearing in the news is
about RadioShack Corporate. Our location is not owned or related to the
Corporate office.

We are a locally own and operated RadioShack Franchise location. We are also
Videotronix & Audio Inc. We are much more ... See More

Like · Comment ·       2      2



**Radioshack Videotronix & Audio Inc.** added 4 new photos.
February 5 at 1:45pm ·

$1200 worth of Home Security Premium quality products for $600 firm, all brand
new in the box, unused. Easy setup, no wires!
Wireless Home Security System with Color Wireless Pan/Tilt IP camera(online
viewing with alerts), Wireless Thermostat, Verizon Cellular back-up module with
antenna. Main kit contains 1 full color control panel, 3 thin door/window sensors,
1 Passive infrared motion detector and 1 4-button key ring remote.
System can be activated with Alarm.com for about $15mo
System is located at RadioShack in Richfield.



Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 3 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



Like · Comment



**Radioshack Videotronix & Audio Inc.** added a new photo.
February 5 at 1:17pm ·



Like · Comment · Share

**Radioshack Videotronix & Audio Inc.** shared a link.
February 5 at 9:10am ·

## The Difference Between High School In 1970 And 2015. This Guy Nails It.

Scenario 1: Jack goes quail hunting before school and then pulls into the school parking lot with his shotgun in his truck's gun rack.

1970 — Vice Principal comes over, looks at Jack's shotgun, goes to his car and gets his shotgun to

"The difference between high school in 1970 and 2015" couldn't be more accurate –

So much truth, so little time.

WWW.YOUNGCONS.COM

Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** added 6 new photos.
February 4 at 1:19pm ·

Get your sweetheart a new DVD system or Audio System for the car this Valentines day. We have installers ready.

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 4 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



Like · Comment

 **Radioshack Videotronix & Audio Inc.** added 3 new photos.
February 4 at 11:58am ·

I have a couple of Dish Network receivers for sell. They are both brand new units
We used to be a Dish dealer. Buy a receiver and never pay lease fees again.
1 Dish Vip612 HD DVR receiver new in the box with all accessories $199
1 Dish 625 DVR brand new in plastic wrapping, no remote or accessories $99
Please call Rob at the store 896-5351 open 10-6



Like · Comment

 **Radioshack Videotronix & Audio Inc.**
February 4 at 9:43am ·

https://www.youtube.com/watch?v=HvRypx1lbR4

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 5 of 28

2/9/2015                  Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



**Lip Sync Battle with Will Ferrell, Kevin Hart and Jimmy Fallon**

Jimmy asks guests Will Ferrell and Kevin Hart to battle in an intense lip sync-off to songs like Beyoncé's "Drunk in Love" and John Legend's "All of Me." Sub...

YOUTUBE.COM

Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** added a new photo.
February 3 at 8:30am ·



Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** added a new photo.
February 2 at 1:47pm ·



Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 6 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook

Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** shared Zach King's video.
February 2 at 12:24pm ·



12,347,523 Views

**Zach King** with Zach King

Zach King's Best Videos from 2014

Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.**
January 30 at 1:37pm ·

RadioShack Universal Smart Charger!
Charge you camera or camcorder battery at home or on the go. Also charges AA or AAA rechargeable batteries. Super easy to use and comes with Home AC & Car adapters. Great for when your house guest forget there charger. You got them covered!

Charge 'em. ... See More



Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** shared a link.
January 30 at 9:33am ·

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 7 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



Lynch goes head-to-head with Gronk, teaches Conan his signature move

The Super Bowl might be Sunday, but there might not be anything more entertaining than what came on TV late Thursday night. Seahawks...

SEA.247SPORTS.COM

Like · Comment · Share

**Radioshack Videotronix & Audio Inc.** added 6 new photos.
January 29 at 1:37pm ·

Need better cellular reception?
Check out Wilson Cellular Boosters for Car or Home. Prices start at just $99 at RadioShack in Richfield.

The Wilson Electronics Mobile 4G™cell phone signal booster improves coverage – including 4G, 3G, and 2G data downloads – for subscribers of all U.S. cellular networks (except Clearwire). For specific information about frequency bands, click the specs tab above.... See More



Like · Comment

**Radioshack Videotronix & Audio Inc.** added a new photo.
January 29 at 11:08am ·





Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** added 5 new photos.
January 28 at 1:58pm ·

Wilson Cellular Boosters for Car & Home at RadioShack in Richfield
Starting at $99



Like · Comment

**Radioshack Videotronix & Audio Inc.** shared The SPORT
Bible's video.
January 28 at 10:51am ·



2/9/2015

**The SPORT Bible**

You don't help your mate, you stand there and laugh of course.

Like · Comment · Share ·    1

 **Radioshack Videotronix & Audio Inc.**
January 28 at 10:42am ·

BUY 1 GET ONE DEAL!*

15 LED LANTERN.*For a limited time, buy 1 at $12.99, get a 2nd for only $8. While supplies last. Looks like and old traditional lantern. With dimming function. Great gift for your valentines. Only at RadioShack in Richfield. Open until 6pm today.



14 Views
Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** added a new photo.
January 28 at 8:00am ·



Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** added a new photo.
January 27 at 8:40am ·



I just woke up one day and
decided I didn't want to feel like

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 10 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** shared Moodý
Photography's video.
January 26 at 2:24pm ·



1,222,001 Views

**Moodý Photography**

This is dedicated to all the parents... LOL watch this

Like · Comment · Share

**EARLIER IN 2015**                                    HIGHLIGHTS ⌄



**Radioshack Videotronix & Audio Inc.**
January 26 at 12:18pm ·

On Sale now at RadioShack in Richfield.



Kodak Digital Cameras | SP360 Action Cam

Introducing the KODAK PIXPRO SP360 Action Cam designed not only to capture
what you love to do, but much more of it! View real photos and videos taken with
the KODAK PIXPRO SP360 Action Cam.

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 11 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



KODAKPIXPRO.COM

Like · Comment · Share

**Radioshack Videotronix & Audio Inc.** added a new photo.
January 26 at 10:33am ·



Like · Comment · Share

**Radioshack Videotronix & Audio Inc.** shared a link.
January 24 at 7:59pm ·



This man's archery skills are truly terrifying

Look, it would easy to make fun of Lars Andersen for jumping around shooting stuff with arrows. But Andersen could kill you and two friends in 0.6 seconds, so that would be a bad idea.

WWW.SI.COM

Like · Comment · Share

**Radioshack Videotronix & Audio Inc.** updated their cover photo.
January 24 at 2:36pm ·




Like · Comment · Share

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 12 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



**Radioshack Videotronix & Audio Inc.**
January 24 at 1:23pm ·

15 LED LANTERN. Only $12.99 Looks like and old traditional lantern. With dimming function. Great gift for your valentines. Only at RadioShack in Richfield. Open until 6pm today.



23 Views
Like · Comment · Share ·          2



**Radioshack Videotronix & Audio Inc.** added a new photo.
January 22 at 3:21pm ·



Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** shared Zach King's video.
January 21 at 4:57pm ·





235,244 Views

**Zach King** with Zach King

In celebration of @StrangeMagicMovie coming to theaters this Friday, I decided to do a
Strange Magic trick. Let's see yours — post it using #StrangeMagic! #collaboration

Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** shared National
Geographic Channel's video.
January 21 at 1:33pm ·



3,905,381 Views

**National Geographic Channel**

How many balloons would it take to stop a bullet? #StreetGenius

Like · Comment · Share ·        3

 **Radioshack Videotronix & Audio Inc.** added a new photo.
January 21 at 8:03am ·



Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 14 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook

Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.**
January 20 at 3:00pm ·

We have 1 of these demo helicopters left. We used this heli to shoot this video.
$60 off, Only $59.99. Still looks and flys like new.



22 Views
Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** added 2 new photos.
January 20 at 1:47pm ·

Overstocked on Skullcandy 50/50 and ink'd earbuds.
Save $20 on the 50/50. Only $30
Save $5 on ink'd. Only $15
While supplies last.



Like · Comment

 **Radioshack Videotronix & Audio Inc.** added a new photo.
January 20 at 8:37am ·



2/9/2015            Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 15 of 28



Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.**
January 19 at 3:09pm ·

HOT! BLOW OUT PRICE ONLY $25!
RADIOSHACK WATER DANCING SPEAKERS (BLACK)
On Sale $25 Save $25

MAKE A SPLASH.... See More



28 Views
Like · Comment · Share ·        4

 **Radioshack Videotronix & Audio Inc.** shared a link.
January 17 at 11:53am ·



Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 16 of 28

2/9/2015                Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook

### This Cop Forgot The Camera Was Rolling When He Did THIS...I Can't Stop Laughing!!

With all the recent news of the relationship between police and the public, sometimes it's hard to remember that police officers are just like us. They're...

WOW.LITTLETHINGS.COM   |   BY SCOTT NEUMYER

Like · Comment · Share ·                    1



**Radioshack Videotronix & Audio Inc.**
January 16 at 4:50pm ·

Skullcandy 50/50 Earbuds with Mic and Case. $20 Off. On Sale now for $29.99. Black or Red. Limited to stock on hand. Only at RadioShack in Richfield.



Like · Comment · Share



**Radioshack Videotronix & Audio Inc.**
January 15 at 8:48pm ·

https://www.youtube.com/watch?v=k_57dIK-sTc



### Epic Toy War - with Zach King

Join us! http://bit.ly/JoinMGM Behind the Scenes - http://bit.ly/ToyWarBTS Check out these channels: FinalCutKing - http://www.youtube.com/finalcutking thevf...

YOUTUBE.COM

Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** added 3 new photos.
January 15 at 6:36pm ·

Jensen Car Audio Speaker BLOWOUT at RadioShack in Richfield.
3.5" Only $9.99 pair. Reg $30
4" Only $15 pair Reg $40
6.5" with tweeter and Crossover. Only $24.99 Pair. Reg $80
4 channel Amp. Only $79. Reg $150 (only 1 left at this price)... See More



Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 17 of 28

2/9/2015    Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



Like · Comment ·     1

**Radioshack Videotronix & Audio Inc.** added 3 new photos.
January 15 at 3:46pm ·

I have some of these knife sets left that I was selling on the side. I need to BLOW THEM OUT!
Only $5 each while supplies last. Green, Pink
or knife set with cutting board. (sorry no yellow or orange left)



Like · Comment ·     1

**Radioshack Videotronix & Audio Inc.** added 3 new photos.
January 15 at 3:34pm ·

CLEARANCE DEAL!
MTX THUNDER 1000 WATT (RMS) MONO BLOCK SUB AMP.
Only $299.99 Was $600
Sub volume control included.
I only have 1 at this price!



2/9/2015        Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



Like · Comment

 **Radioshack Videotronix & Audio Inc.** shared a link.
January 15 at 11:31am ·



### How a Hard Drive works in Slow Motion - The Slow Mo Guys

Here is a previously unreleased video which was shot almost 2 years ago for our original trailer. Inside a hard drive. Plus a bit of unnecessary destruction....

WWW.YOUTUBE.COM

Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** shared Power 96.1 - Atlanta's Hit Music Station's video.
January 15 at 8:39am ·



**Power 96.1 - Atlanta's Hit Music Station** with Nilüfer Nilufer Yakacılar

Animal's That Pray Together, Stay Together~Maddox

Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** added a new photo.
January 14 at 1:11pm ·



GOOD THINGS WILL COME TO YOU IF YOU FOCUS ON THE

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 19 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** shared a link.
January 13 at 8:19am ·



### He Sprays A Secret Formula On His Icy Windshield — I'm NEVER Scraping Again!

If you live in an area of the country that gets blessed with the white stuff every winter, you already know what a pain it can be just to get out your front door and...

WWW.LITTLETHINGS.COM | BY CAROLINE SHERIDAN

Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** added 5 new photos.
January 12 at 12:53pm ·

INVENTORY BLOWOUT!
60%OFF! New Years Blowout Special! Only $12.99 While supplies last at RadioShack in Richfield.
RadioShack Power It USB power bank. Will charge your Android or iPhone. Small and portable. 5 colors to chose from. Comes with 4" Micro USB cable.(Apple users will use your own lighting cable).
Recharges on any USB port.
If your phone runs low, just plug it in to RadioShacks Power It USB power bank.



  

  

Like · Comment



**Radioshack Videotronix & Audio Inc.** added a new photo.
January 12 at 11:26am ·



Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** added a new photo.
January 9 at 4:38pm ·



Like · Comment · Share ·  1



**Radioshack Videotronix & Audio Inc.** added a new photo.
January 7 ·



Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** added a new photo.
January 5 ·

It does not matter
how slowly you go
so long as you do
not stop.
                    -Confucius



Like · Comment · Share

**Radioshack Videotronix & Audio Inc.** shared a link.
January 5 ·

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 22 of 28

2/9/2015                    Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



### Couple Singing Two Taylor Swift Songs Simultaneously is Seriously Stunning!

Louisa Wendorff and Devin Dawson sing Taylor Swifts's 'Blank Space' and 'Style' in this truly amazing acoustic cover. It's been such a hit the past few days that...

FASCINATELY.COM

Like · Comment · Share ·      1

 **Radioshack Videotronix & Audio Inc.** shared Frank Medrano's video.
January 3 ·



4,146,696 Views

**Frank Medrano**

JUST AMAZING to watch !!
One of the BEST tumblers in the world!!
Video credit - Ozell C. Williams Jr.

LIKE ► Frank Medrano for more

Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.** added a new photo.
January 3 ·



Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 23 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** updated their cover photo.
January 2 ·



Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** added a new photo.
January 2 ·



Like · Con

2014



96 N Main St
Richfield, Utah

(435) 896-5351

Closed Now
Today 10:00am - 6:00pm

HIGHLIGHTS ▾

**PHOTOS**





17,154,37

**Hit107**

This is

Like · Con

Ⓡ **VIDEOS**

CLEARAI
BladeRu
Comes v

11 Views
Like · Con

**POSTS TO PAGE**

**Noelle Payne Smith**
December 21, 2014 at 5:55pm

Do you still do the transfers of VHS to DVD's?

Ⓡ Like · Comment · Share

CLEARAI
The Rad
$50 off.

**Angie Knaphus**
December 10, 2014 at 7:26pm

Drawing!

Like · Comment · Share

**REVIEWS**

4.0        4.0 of 5 stars · 14 reviews

**Rob Lambers** —        The only full service car
audio and electronics store in Richfield. Good prices.
One on one service. No better place to shop.
December 21, 2012
·        1

13 Views
Like · Con

**Tabatha Thrailkill** —
December 18, 2014

Ⓡ Tell people what you think

The Rad
$40 off. Only $70.00

**PEOPLE ALSO LIKE**

**Urban Vapor LLC**
Electronics Store

RadioShack

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 25 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook

  **Hammer Electronics**
Electronics Store

 **Kracked Phone & Computer Repair**
Computer Store

 **See more places in Richfield, Utah**



20 Views
Like · Comment · Share

**LIKED BY THIS PAGE**

  **High Country Chevrolet Buick Gm...**

 **The Diamond Store Boutique**

  **Tanner Larsson**

Like · Com

English (US) · Privacy · Terms · Cookies · Advertising · More
Facebook © 2015

 **Radioshack Videotronix & Audio Inc.** added 2 new photos.
December 22, 2014 ·

Congratulations! Jodi Hunt! Your A WINNER. You won a KnuckleheadLED.com Flash Light and a RadioShack T-shirt(4 Styles to choose from). Stop in at the Richfield RadioShack with-in the next 2 days to pick-up your prize. You must be willing to let us take your picture for our page to claim your prize. Thanks



Like · Comment ·      1

 **Radioshack Videotronix & Audio Inc.** added 3 new photos.
December 20, 2014 ·

Congratulations! Toni Barney! Your A WINNER. You won a Nite Ize prize pack of 3 items and a RadioShack T-shirt. Stop in at the Richfield RadioShack with-in the next 3 days to pick-up your prize. You must be willing to let us take your picture for our page to claim your prize. Thanks

  

Case 2:15-cv-00726-MSG  Document 1-10  Filed 02/12/15  Page 26 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook





Like · Comment ·          1

 **Radioshack Videotronix & Audio Inc.**
December 20, 2014 ·

Sphero 2.0
One smart ball. Infinite ways to play.

Play
Sphero 2.0 is an interactive and programmable robot housed in a durable
polycarbonate shell. It's waterproof, pet proof and ready for any adventure. It
travels easily and gives you over an hours' worth of play with cable-free induction
charging. It's capable of rolling at speeds of up to 7 feet per second, and that's
just the beginning. There's a whole new world of gameplay waiting to be
discovered with Sphero... See More



20 Views
Like · Comment · Share

 **Radioshack Videotronix & Audio Inc.**
December 20, 2014 ·

Congratulations! Toni Barney! Your A WINNER. You won a RadioShack Color Cube
Portable Power USB Bank and a T-shirt. Stop in at the Richfield RadioShack with-
in the next 3 days to pick-up your prize. You must be willing to let us take your
picture for our page to claim your prize. Thanks



Like · Comment · Share ·          1

Case 2:15-cv-00726-MSG   Document 1-10   Filed 02/12/15   Page 27 of 28

2/9/2015          Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook



**Radioshack Videotronix & Audio Inc.** shared Sevier Valley Youth Refuge's photo.
December 20, 2014 ·



YOU'RE INVITED
# YOUTH CHRISTMAS PARTY
## SUNDAY DEC 21ST 6PM – 9PM

**GAMES        SNACKS        PRIZES**

**BRING: A White Elephant Gift**
Something Wrapped. Funny, Cheap, Used is OK.
Don't spend more than $5

**89 S. MAIN ST. @ THE REFUGE**
*for info text 435-215-5487*

**Sevier Valley Youth Refuge**

Tomorrow Night! Invite a Friend.

Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** shared Calvary Sevier Valley's photo.
December 20, 2014 ·



Calvary Chapel Sevier Valley
Invites You To a:

Classic Christmas With

Sun. Dec. 21st

10AM    Joan and Connie

89 S. Main St
Special Christmas Message
to Follow Music    Mountain Song

**Calvary Sevier Valley**

Tomorrow Morning! Good time to visit or invite someone.

Like · Comment · Share



**Radioshack Videotronix & Audio Inc.** shared a link.
December 20, 2014 ·



White Christmas

Sung by The Drifters. Cartoon by Joshua Held.
Featuring Bill Pinkney on lead bass and Clyde
McPhatter on tenor. An animated Christmas Card,
and a homage to a...

YOUTU.BE

Like · Comment · Share

Radioshack Videotronix & Audio Inc. - Richfield, UT - Electronics Store, Accessories Store - Timeline | Facebook

See More Stories